# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161353-4

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellant,

v                                                   SC:  161353
                                                    COA:  348530
                                                    Wayne CC:  18-008949-FC

MATTHEW JAMES LUKE,
          Defendant-Appellee.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellant,

v                                                   SC:  161354
                                                    COA:  348533
                                                    Wayne CC:  18-008949-FC

JAMIE LYNN STARR,
          Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the March 24, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2020

s1014



Clerk